IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| BACKCOUNTRY.COM, LLC, a Delaware limited liability company,<br><br>    Plaintiff,<br><br>v.<br><br>CONSTELLATION OUTDOOR EDUCATION, LLC, a California limited liability company; EMILY ARMSTRONG HARGRAVES, an individual;<br><br>    Defendants. | **ORDER DISMISSING CASE WITHOUT PREJUDICE**<br><br>Case No. 2:19-cv-492<br><br>Chief Judge Robert J. Shelby |

On July 29th, 2019 Plaintiff Backcountry.com, LLC voluntarily dismissed this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).[1] Voluntary dismissal is appropriate under Rule 41(a)(1)(A)(i) because Defendants have not yet filed an answer or a motion for summary judgment.[2] Accordingly, this case is dismissed without prejudice. The Clerk of Court is directed to close the case.

SO ORDERED this 31st day of July, 2019.

BY THE COURT:

_____
ROBERT J. SHELBY
United States Chief District Judge

---

[1] Dkt. 10.

[2] *See* Fed. R. Civ. P. 41(a)(1)(A)(i) ("the plaintiff may dismiss an action without a court order by filing . . . a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment").